```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

DONALD SIMONS,
    Plaintiff,

    v.                                          CIVIL ACTION NO.
                                                        13-11668-MBB

CAROLYN W. COLVIN, Acting Commissioner,
of the Social Security Administration,
    Defendant.

### FINAL JUDGMENT

**July 15, 2015**

**BOWLER, U.S.M.J.**

It is **ORDERED** and **ADJUDGED** that the final decision of defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

                                              /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge